United States District Court<br>
for the<br>
Southern District of Florida

| | |
|---|---|
| Anat Gordon, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-22677-Civ-Scola |
| | ) |
| Sandals Resorts International, Ltd., | ) |
| Unique Vacations, Inc., Defendants. | |

<b><u>Judgment in a Civil Action</u></b>

The Court has dismissed this action. (ECF No. 20.) Because the order dismissing this action is a judgment, as defined by Rule 54(a) of the Federal Rules of Civil Procedure, the Court enters judgment in this matter under Rule 58 of the Federal Rules of Civil Procedure. The Clerk will **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on December 4, 2019.

_____
Robert N. Scola, Jr.
United States District Judge